No. 939, Misc.  TEMPLE *v.* UNITED STATES;

No. 946, Misc.  FURTAK *v.* McMANN, WARDEN;

No. 954, Misc.  ALEXANDER *v.* PERINI, CORRECTIONAL SUPERINTENDENT, ET AL.;

No. 968, Misc.  RYLAND *v.* GREEN, CORRECTIONAL SUPERINTENDENT;

No. 970, Misc.  METCALF *v.* PATE, WARDEN;

No. 988, Misc.  FOSSUM *v.* PORTER, SHERIFF;

No. 1002, Misc.  ROBERTS *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.;

No. 1006, Misc.  JOHNSON *v.* MAXWELL, WARDEN;

No. 1013, Misc.  HURST ET AL. *v.* HARRIS, JUDGE, ET AL.;

No. 1024, Misc.  TOMPA *v.* PEYTON, PENITENTIARY SUPERINTENDENT;

No. 1109, Misc.  BLANCHEY *v.* PORTER, SHERIFF, ET AL.;

No. 1120, Misc.  ALBERTSON *v.* KROPP;

No. 1125, Misc.  TURNER *v.* NELSON, WARDEN; and

No. 1136, Misc.  DeWITT *v.* CALIFORNIA ET AL.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 904, Misc.  SMITH *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO.  Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for respondent in opposition.

No. 905, Misc.  WION *v.* CLARK, ATTORNEY GENERAL, ET AL.  Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for respondents in opposition.

No. 1023, Misc.  CARONDELET SAVINGS & LOAN ASSN. *v.* JAMES, JUDGE.  Motion for leave to file petition for writ of prohibition and/or mandamus denied. *J. L. London* and *Carroll C. Gilpin* on the motion.